

ALABAMA STATE BAR
**THE DISCIPLINARY COMMISSION**
TELEPHONE 334-269-1515
P.O. BOX 671
MONTGOMERY, AL 36101

FAX: 334/261-6311

DELIVERY ADDRESS:
415 DEXTER AVENUE
MONTGOMERY, AL 36104

March 22, 2007

*VIA CERTIFIED MAIL/RETURN RECEIPT & REGULAR MAIL*

Mr. Bradford Daly
51 Lee Road 987
Phenix City, AL 36870

RE:   UPL 06-42

Dear Mr. Daley:

It has come to our attention that you are again practicing law. We have received information indicating that you represent the following individuals:

| | |
|---|---|
| David Chesnut | Paula Chesnut |
| Adam Green | Diana Green |
| Sheri Huffman | Cynthia Thornton |
| Jennifer Olsen | Fran Banister |

On January 22, 2004, you signed a cease and desist affidavit. When you signed the affidavit, you agreed that you would not engage in any activity in the future which constituted or is the unauthorized practice of law. You also agreed that should you violated the agreement, you would be responsible for any and all attorney's fees and expenses incurred, including court costs.

From the information we have been provided, it appears you have violated this agreement. If you do not cease this activity immediately, we will pursue criminal charges against you.

Best regards,

Samuel S. Partridge
Assistant General Counsel

EXHIBIT A

RULE 30. ALABAMA RULES OF DISCIPLINARY PROCEDURE OF THE ALABAMA STATE BAR, ADOPTED BY THE SUPREME COURT OF ALABAMA, PROVIDES THAT ALL DISCIPLINARY PROCEEDINGS SHALL REMAIN CONFIDENTIAL UNTIL A PLEA OF GUILTY OR THE DISCIPLINARY BOARD OR DISCIPLINARY COMMISSION MAKES A FINDING OF GUILTY.

## **AFFIDAVIT**

I, Sheri Huffman, affiant herein, declare under penalty of perjury under the laws of the United States of America and the State of Alabama, that affiant is competent to be a witness and that the facts contained herein are true, correct, complete, and not misleading, and do state the following:

1. That I am neither now nor have I ever been represented in any way by Bradford Daley.
2. That I have suffered financially, emotionally and socially as a result of the actions of the law firm known as Zarzaur & Schwartz, PC.

Further, Affiant says not.

IN WITNESS THEREOF, I have set my hand this ___9___ day of ___April___, 2007.

___[signature]___
Sheri Huffman

On this _9th_ day of _April_, 20_07_, before me, the undersigned Notary Public personally appeared Sheri Huffman, known to me to be the individual executing the foregoing Affidavit.

Notary Public                              My Commission Expires
_Wanda Renee Wiseron_        _6-13-2009_

## **AFFIDAVIT**

I, Jennifer Olsen, affiant herein, declare under penalty of perjury under the laws of the United States of America and the State of Alabama, that affiant is competent to be a witness and that the facts contained herein are true, correct, complete, and not misleading, and do state the following:

1. That I am neither now nor have I ever been represented in any way by Bradford Daley.
2. That I have suffered financially, emotionally and socially as a result of the actions of the law firm known as Zarzaur & Schwartz, PC.

Further, Affiant says not.

IN WITNESS THEREOF, I have set my hand this __9th__ day of __April__, 2007.

_____
Jennifer Olsen

On this __9th__ day of __APRIL__, 20__07__, before me, the undersigned Notary Public personally appeared Jennifer Olsen, known to me to be the individual executing the foregoing Affidavit.

Notary Public                     My Commission Expires

_____     MY COMMISSION EXPIRES AUGUST 10, 2010

# AFFIDAVIT

I, Cynthia Thornton, affiant herein, declare under penalty of perjury under the laws of the United States of America and the State of Alabama, that affiant is competent to be a witness and that the facts contained here are true, correct, complete, and not misleading, and do state the following:

1. That I am neither now, nor have I ever been, represented in any way by Bradford Daley
2. That I have suffered emotionally and socially as a result of the actions of the law firm known as Zarzaur & Schwartz, PC

Further, Affiant says not.

IN WITNESS THEREOF, I have set my hand this 5th day of April, 2007.

*Cynthia Thornton*
Cynthia Thornton

On this 5th day of April, 2007, before me, the undersigned Notary Public, personally appeared Cynthia Thornton, known to me to be the individual executing the foregoing Affidavit.

Notary Public                                My Commission Expires

*Hale Robertson*                            8/31/09

## **AFFIDAVIT**

I, Paula Chesnut, affiant herein, declare under penalty of perjury under the laws of the United States of America and the State of Alabama, that affiant is competent to be a witness and that the facts contained herein are true, correct, complete, and not misleading, and do state the following:

1. That I am neither now nor have I ever been represented in any way by Bradford Daley.
2. That I have suffered financially, emotionally and socially as a result of the actions of the law firm known as Zarzaur & Schwartz, PC.

Further, Affiant says not.

IN WITNESS THEREOF, I have set my hand this __6__ day of __April__, 2007.

_____
Paula Chesnut


On this __6th__ day of __April__, 20__07__, before me, the undersigned Notary Public personally appeared Paula Chesnut, known to me to be the individual executing the foregoing Affidavit.


Notary Public                                My Commission Expires

_Micki Kerr_                             __6-21-2010__

## **AFFIDAVIT**

I, David Chesnut, affiant herein, declare under penalty of perjury under the laws of the United States of America and the State of Alabama, that affiant is competent to be a witness and that the facts contained herein are true, correct, complete, and not misleading, and do state the following:

1. That I am neither now nor have I ever been represented in any way by Bradford Daley.
2. That I have suffered financially, emotionally and socially as a result of the actions of the law firm known as Zarzaur & Schwartz, PC.

Further, Affiant says not.

IN WITNESS THEREOF, I have set my hand this ___6___ day of __April__, 2007.

_____
David Chesnut

On this __6th__ day of __April__, 20_07_, before me, the undersigned Notary Public personally appeared David Chesnut, known to me to be the individual executing the foregoing Affidavit.

Notary Public                          My Commission Expires

_____          __6-21-2010__

## **AFFIDAVIT**

I, Fran Banister, affiant herein, declare under penalty of perjury under the laws of the United States of America and the State of Alabama, that affiant is competent to be a witness and that the facts contained herein are true, correct, complete, and not misleading, and do state the following:

1. That I am neither now nor have I ever been represented in any way by Bradford Daley.
2. That I have suffered financially, emotionally and socially as a result of the actions of the law firm known as Zarzaur & Schwartz, PC.

Further, Affiant says not.

IN WITNESS THEREOF, I have set my hand this 20th day of April, 2007.

*Fran Banister*
Fran Banister

On this 20th day of April, 2007, before me, the undersigned Notary Public personally appeared Fran Banister, known to me to be the individual executing the foregoing Affidavit.

Notary Public                                           My Commission Expires
*Linda R. Davis*                                        MY COMMISSION EXPIRES JANUARY 28, 2009

## **AFFIDAVIT**

I, Adam Green, affiant herein, declare under penalty of perjury under the laws of the United States of America and the State of Alabama, that affiant is competent to be a witness and that the facts contained herein are true, correct, complete, and not misleading, and do state the following:

1. That I am neither now nor have I ever been represented in any way by Bradford Daley.
2. That I have suffered financially, emotionally and socially as a result of the actions of the law firm known as Zarzaur & Schwartz, PC.

Further, Affiant says not.

IN WITNESS THEREOF, I have set my hand this __5__ day of __April__, 2007.

_____
Adam Green

On this __5__ day of __April__, 20__07__, before me, the undersigned Notary Public personally appeared Adam Green, known to me to be the individual executing the foregoing Affidavit.

Notary Public                                My Commission Expires
Pamela L. Hubbard                            4-5-07
                                             12-8-08

# **AFFIDAVIT**

I, Diana Green, affiant herein, declare under penalty of perjury under the laws of the United States of America and the State of Alabama, that affiant is competent to be a witness and that the facts contained herein are true, correct, complete, and not misleading, and do state the following:

1. That I am neither now nor have I ever been represented in any way by Bradford Daley.
2. That I have suffered financially, emotionally and socially as a result of the actions of the law firm known as Zarzaur & Schwartz, PC.

Further, Affiant says not.

IN WITNESS THEREOF, I have set my hand this __5__ day of __April__, 2007.

_Diana Green_ (signature)
Diana Green

On this __5th__ day of __April__, 20__07__, before me, the undersigned Notary Public personally appeared Diana Green, known to me to be the individual executing the foregoing Affidavit.

Notary Public                              My Commission Expires
_Pamela L. Hubbard_                        ~~4-5-07~~
                                           12-8-08