**Bradford Daley**
**51 Lee Rd 987**
**Phenix City, AL  36870**
**334-448-4978**

16 May 2007

VIA CERTIFIED MAIL/RETURN RECEIPT # 7006 3450 0002 0854 6114

Samuel S. Partridge
c/o Alabama State Bar
415 Dexter St
Montgomery, AL  36104

RE: Your letter directed to me dated 22 March 2007 & conversation of 4 April 2007

Dear Mr. Partridge:

First, please find enclosed 8 affidavits (See Exhibits A-H) executed by the individuals whom you allege and assert, under color of law, I unlawfully represent based on information you claim to have received. I certify under penalty of perjury of the laws of both the United States of America and the State of Alabama that the exhibits referenced herein are true and correct copies of the originals and are available for your inspection at any reasonable time. This information refutes your allegations outlined in your letter and addresses some of your assertions communicated to me by you on 4 April 2007. Notwithstanding, under the authority of 5 USC 552, the Freedom of Information Act, I hereby request verified copies of the information you claim to have received relevant to me.

Second, our telephone conversation on 4 April 2007, has left me quite confused, concerned and alarmed. You stated to me that if I negotiated a debt for anyone in Alabama, I would be guilty of the unlawful practice of law and prosecuted by you (or others in concert with you) *quo warranto* resulting in both my loss of property and personal freedom. I have reviewed the relevant statute, Section 34-3-1, Code of Alabama (1975), but cannot find where such a practice is illegal. Consequently, your threats and attempted intimidation under color of law regarding this and your other allegations is of great concern to me and my family. I fear you and/or others in concert with you are attempting to deprive me of my guaranteed personal rights and freedoms.

Please respond under penalty of perjury within 14 days of receipt. If I have misunderstood your comments or assertions in any way whatsoever, this is your chance to correct the record. If you choose to ignore my requests, I shall pursue other remedies. Silence is acquiescence.

(Signature located on next page)

EXHIBIT B

Sincerely,

Bradford Daley

---