**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| Bradford L. Daley | ) |
| 51 Lee Rd 987 | ) |
| Phenix City, AL  36870 | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) Civil Action Number 2:07-cv-551-ID |
| | ) |
| Samuel S. Partridge, | ) |
| In his private capacity | ) |
| c/o Alabama State Bar | ) |
| 415 Dexter Ave | ) |
| Montgomery, AL  36104 | ) |
| | ) |
|     Defendant. | ) |

## PLAINTIFF'S AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Bradford Daley, Affiant herein, declare under penalty of perjury under the laws of the United States of America and the State of Alabama, that Affiant is competent to be a witness and that the facts contained herein are true, correct, complete, and not misleading, and do state the following:

1. Samuel S. Partridge, in his private capacity and as Assistant General Counsel for the Alabama State Bar, under color of law, violated my constitutional rights to free speech by making false accusations and threatening statements with the deliberate and willful intent to intimidate and coerce.
2. Samuel S. Partridge, in his private capacity and as Assistant General Counsel for the Alabama State Bar, under color of law, willfully and deliberately violated my constitutional rights by depriving me of my absolute right to make and enter into contracts by threatening arrest and imprisonment with the use of intimidation, fear and coercion.
3. Samuel S. Partridge, in his private capacity and as Assistant General Counsel for the Alabama State Bar, under color of law, stated that if I negotiated a debt of any kind for any person in Alabama, I was criminally liable and guilty of the unlawful

practice of law, thereby violating my absolute right to contract and constitutionally guaranteed rights of due process.

4. Samuel S. Partridge, in his private capacity and as Assistant General Counsel for the Alabama State Bar, under color of law, has attempted to interfere with my rights to life, liberty and the pursuit of happiness by applying his own subjective and overly broad interpretations in conjunction with his own personal agenda against me.

_____
Bradford L. Daley

INDIVIDUAL ACKOWLEDGEMENT

STATE OF ALABAMA

COUNTY OF RUSSELL

Before me, the undersigned, a Notary Public in and for said County and State on this _18_ day of _June_ , 2007, personally appeared Bradford L. Daley, to me known to be the identical persons who executed the within and foregoing instrument and acknowledged to me that he and she executed the same as his and her free and voluntary act. Given under my hand and seal the day and year last above written.

My commission expires   MY COMMISSION EXPIRES OCT. 11, 2009

_____
Notary Public

8