AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

Bradford L. Daley

V.

Samuel S. Partridge

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07-cv-551-ID

TO: (Name and address of Defendant)

Samuel S. Partridge
c/o Alabama State Bar
415 Dexter St
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bradford L. Daley
51 Lee Rd 987
Phenix City, AL 36870

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra T. Hackett*

June 22, 2007

CLERK                                                                                      DATE

(BY) DEPUTY CLERK

⍟AO 440  (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant.  Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____

☐ Other (specify): _____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              *Date*                    *Signature of Server*

                                        _____
                                        *Address of Server*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

OFFICIAL USE

7006 3450 0002 0854 6237

Postage  $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $

2:07cv551-ID
6-22-07
Postmark Here

Cnyp/sms.

Sent To *Samuel S. Partridge C/o Al. StateBar*
Street, Apt. No.; or PO Box No. *415 Dexter St*
City, State, ZIP+4 *Montgomery AL 36104*

PS Form 3800, August 2006                See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.