## IN THE DISTRICT COURT OF LEE COUNTY OF ALABAMA

| | | |
|---|---|---|
| **BRADFORD L. DALEY,** | * | |
|     Plaintiff, | * | |
| | * | |
|     v. | * | CASE #: 2:07-CV-551 |
| | * | |
| **SAMUEL S. PARTRIDGE,** | * | |
|     Defendant. | * | |

### NOTICE OF APPEARANCE

COMES NOW K.Anderson Nelms, attorney at law, to enter his appearance on behalf of Plaintiff in this action and would request of the Court and all parties that he be served with process and all needful papers.

RESPECTFULLY SUBMITTED this ____27TH____ day of June, 2007.

        /s/ KEITH ANDERSON NELMS
        Keith Anderson Nelms
        Attorney for Plaintiff
        Law Offices of Jay Lewis, LLC
        P.O. Box 5059
        Montgomery, Alabama, 36103
        334-263-7733 (voice)
        334-263-7733 (fax)
        Andynelms@jaylewislaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on the _27th_ day of June, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

Samuel Partridge
In his private capacity,
c/o Alabama State Bar
415 Dexter Ave
Montgomery, AL 36104

1

/s/ KEITH ANDERSON NELMS
Keith Anderson Nelms
Attorney for Plaintiff
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, Alabama, 36103
334-263-7733 (voice)
334-263-7733 (fax)
Andynelms@jaylewislaw.com