| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _D. Cassidy_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) _S. Cassidy_   C. Date of Delivery _6/26/07_<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Samuel S. Partridge<br>c/o Alabama State Bar<br>415 Dexter St<br>Montgomery AL 36104<br>2:07cv551-ID (Cmp/sm/order) | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 3450 0002 0854 6237 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540