IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BRADFORD L. DALEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case #: 2:07-cv-551 |
| | ) |
| SAMUEL S. PARTRIDGE, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO DISMISS COMPLAINT

COMES NOW, Bradford L. Daley, pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1), respectfully moving this Honorable Court to dismiss all claims against the defendant, stating as follows:

This case was filed on June 21, 2007. (Court Doc.#1). The defendant was served on June 26, 2007. (Court Doc.#5). The defendant's answer is due on July 16, 2007. There has been no answer filed in this case.

The above considered the Plaintiff respectfully moves to dismiss this case.

Respectfully Submitted this 12th day of July, 2007.

                                            s/K. ANDERSON NELMS
                                            K. ANDERSON NELMS
                                            P.O. Box 5059
                                            Montgomery, AL 36103
                                            Phone: (334) 263-7733
                                            Fax: (334) 832-4390
                                            andynelms@jaylewislaw.com
                                            ASB-6972-E63K
                                            Counsel for Plaintiff

OF COUNSEL:

THE LAW OFFICES OF JAY LEWIS, LLC.
847 S. McDonough Street
Montgomery, AL 36104
(334) 263-7733
Fax (334) 832-4390

## CERTIFICATE OF SERVICE

      I hereby certify that I have served the foregoing on the following parties and/or counsel by electronic filing through the CM/ECF system or placing a copy of the same in the United States mail, postage prepaid and properly addressed, or by hand delivery on this 12th day of July, 2007:

Samuel Partridge
c/o Alabama State Bar
415 Dexter St
Montgomery, AL 36104

                                            s/K. ANDERSON NELMS
                                            K. ANDERSON NELMS
                                            P.O. Box 5059
                                            Montgomery, AL 36103
                                            Phone: (334) 263-7733
                                            Fax: (334) 832-4390
                                            andynelms@jaylewislaw.com
                                            ASB-6972-E63K
                                            Counsel for Plaintiff