**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 13, 2007

# NOTICE OF VOLUNTARY DISMISSAL

Re:    Bradford L. Daley v. Samuel S. Partridge
       Civil Action No. #2:07-cv-00551-ID

Pursuant to the Notice of Dismissal filed by the Plaintiff on 7/12/2007, this case has been closed and removed from the docket of this court.